

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL JENKINS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Citation No.: E145889/N17L
E1458892/N17L
E1458893/N17L

ORDER CONTINUING
BENCH TRIAL

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    The government requires additional time to gather, prepare, and disclose discovery.

2.    Counsel for the defendant will need additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

3.    The Defendant is out of custody and do not oppose the continuance.

4.    The parties agree to the continuance.

5.    The additional time requested herein is not sought for the purposes of delay.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

3

7.  This is the <u>first</u> request for continuance of the trial in this case.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the jury trial date.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

### ORDER

IT IS THERFORE ORDERED that the bench trial currently scheduled for September 20, 2023, at the hour of 9:00 a.m., be vacated and continued to Wednesday, November 29, 2023, at the hour of 9:30 a.m., in LV Courtroom 3D.

DATED this _____18th_____ day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4