UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL JENKINS,<br><br>Defendant. | Citation No.: E1458891/N17L<br>E1458892/N17L<br>E1458893/N17L<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, November 29, 2023 at 9:30 a.m., be vacated and continued to January 3, 2024 at the hour of 9:30 a.m., in LV Courtroom 3D.

DATED this 8th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3