UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: E1458891 - 893/N17L |
| vs. | ORDER |
| MITCHELL P. JENKINS, | |
| Defendant. | |

Pending before the Court is the Government's Motion to Continue Bench Trial. The Motion was filed on December 28, 2023 seeking to continue the trial set for January 3, 2023. The Motion was not filed as an Emergency and the contents reflect no effort to contact Defense Counsel to obtain a stipulation to continue in light of the reason prompting the Government's request.

Accordingly, IT IS HEREBY ORDERED that the Motion to Continue Bench Trial is DENIED without prejudice.

IT IS FURTHER ORDERED that counsel for the Government **must** immediately contact the Federal Public Defender's Office to determine whether a stipulation to continue the trial can be agreed upon. If Defendant will not agree to a continuance, the Government may refile its Motion as an Emergency.

DATED this 28th day of December 2023.

ELAYNA J. YOUCHAH
United States Magistrate Judge