FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**DEC 2 8 2023**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   E1458891 - 893/N17L |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MITCHELL P. JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is government's Emergency Motion to Continue Bench Trial.  The government explains that Defendant was issued three citations by the Bureau of Land Management in December 2022.  Defendant made his initial appearance on July 13, 2023, with a trial date initially set for September 20, 2023.  The parties twice stipulated to reschedule the bench trial in this matter, which trial is currently set for January 3, 2024.  Defense counsel was contacted before the instant Motion was filed, but declined to agree to another continuance of Mr. Jenkins' trial.

In light of the circumstances described by the government in its Emergency Motion, IT IS HEREBY ORDERED that counsel for Defendant **must** provide, in writing, its opposition to the Emergency Motion no later than **5 p.m. on December 28, 2023**.  The Court advises that it can set a new trial date for the last week of January 2024 (a short delay), if there is the possibility of agreement to the continuance requested.

DATED this 28th day of December 2023.

ELAYNA J. YOUCHAH
United States Magistrate Judge