```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

            JAN 0 2 2024

        CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   2:24-mj-00002-EJY |
| | ) | (E1458891 - 893/N17L) |
| vs. | ) | **ORDER** |
| | ) | |
| MITCHELL P. JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The Bench Trial in this case is scheduled for January 31, 2024 at 10:00 a.m., in LV Courtroom 3D.   On December 29, 2023, defense counsel advised the Court that she a conflict with the date of January 31, 2024, and requested a new Bench Trial Date.   Government's counsel did not oppose.

IT IS ORDERED that the Bench Trial scheduled for January 31, 2024 at 10:00 a.m., is **vacated and rescheduled to Monday, February 5, 2024 at 10:00 a.m**, in LV Courtroom 3D.

DATED this 2nd day of January 2024.

ELAYNA J. YOUCHAH
United States Magistrate Judge