AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:24-mj-002-EJY |
| Mitchell Jenkins | ) |
| *Defendant* | ) |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

FEB 0 5 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

/s/ J. Chen on behalf of Mitchell Jenkins
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

/s/ J. Chen on behalf of Mitchell Jenkins
*Defendant's signature*

The United States consents to the jury-trial waiver:    *Afroza Yeasmin*
*Government representative's signature*

AUSA Afroza Yeasmin
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

| | |
|---|---|
| Joy Chen, AFPD | *Joy Chen* |
| *Printed name of defendant's attorney (if any)* | *Signature of defendant's attorney (if any)* |

Date: 1/29/2024        Approved by: _____
*Magistrate Judge's signature*